UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RONALD YOEL MARTE CARMONA,<br><br>Defendant | )<br>)<br>)<br>)<br>)  CRIMINAL NO.  19-cr-10457-DPW<br>)<br>)<br>)<br>) |

**<u>VERDICT FORM</u>**

<u>COUNT ONE</u>

**(Conspiracy to Possess with Intent to Distribute and to Distribute 400 Grams or More of Fentanyl)**

WE THE JURY, FIND:

1. As to Count One, we find RONALD YOEL MARTE CARMONA:

    _____ Guilty

    _____ Not Guilty

*(If you find the defendant guilty on Count 1, proceed to question 2 below.  If you find the defendant is not guilty, proceed to Count 2.)*

2. **The conspiracy involved four hundred (400) grams or more of a mixture or substance containing a detectable amount of Fentanyl, which was attributable to, or reasonably foreseeable by, RONALD YOEL MARTE CARMONA:**

    _____ Yes

    _____ No

## COUNT TWO

### (Distribution of and Possession with Intent to Distribute 40 Grams or More of Fentanyl; Aiding and Abetting)

WE THE JURY, FIND:

1. **As to Count Two, we find RONALD YOEL MARTE CARMONA:**

    _____ Guilty

    _____ Not Guilty

*(If you find the defendant guilty on Count 2, proceed to question 2 below.  If you find the defendant is not guilty, proceed to Count 3.)*

2. **Did RONALD YOEL MARTE CARMONA possess with intent to distribute or distribute forty (40) grams or more of a mixture or substance containing a detectable amount of Fentanyl or aid and abet that offense:**

    _____ Yes

    _____ No

## **COUNT THREE**

**(Distribution of and Possession with Intent to Distribute
40 Grams or More of Fentanyl; Aiding and Abetting)**

WE THE JURY, FIND:

1. **As to Count Three, we find RONALD YOEL MARTE CARMONA:**

   _____ Guilty

   _____ Not Guilty

*(If you find the defendant guilty on Count 3, proceed to question 2 below.  If you find the defendant is not guilty, proceed to Count 4.)*

2. **Did RONALD YOEL MARTE CARMONA possess with intent to distribute or distribute forty (40) grams or more of a mixture or substance containing a detectable amount of Fentanyl or aid and abet that offense:**

   _____ Yes

   _____ No

## **COUNT FOUR**

**(Distribution of and Possession with Intent to Distribute
40 Grams or More of Fentanyl; Aiding and Abetting)**

WE THE JURY, FIND:

1. **As to Count Four, we find RONALD YOEL MARTE CARMONA:**

   _____ Guilty

   _____ Not Guilty

*(If you find the defendant guilty on Count 4, proceed to question 2 below.  If you find the defendant is not guilty, proceed to Count 5.)*

2. **Did RONALD YOEL MARTE CARMONA possess with intent to distribute or distribute forty (40) grams or more of a mixture or substance containing a detectable amount of Fentanyl or aid and abet that offense:**

   _____ Yes

   _____ No

## **COUNT FIVE**

**(Distribution of and Possession with Intent to Distribute
40 Grams or More of Fentanyl; Aiding and Abetting)**

WE THE JURY, FIND:

1. **As to Count Five, we find RONALD YOEL MARTE CARMONA:**

    _____ Guilty

    _____ Not Guilty

*(If you find the defendant guilty on Count 5, proceed to question 2 below. If you find the defendant is not guilty, proceed to Count 6.)*

2. **Did RONALD YOEL MARTE CARMONA possess with intent to distribute or distribute forty (40) grams or more of a mixture or substance containing a detectable amount of Fentanyl or aid and abet that offense:**

    _____ Yes

    _____ No

## COUNT SIX

### (Distribution of and Possession with Intent to Distribute 40 Grams or More of Fentanyl; Aiding and Abetting)

WE THE JURY, FIND:

1. **As to Count Six, we find RONALD YOEL MARTE CARMONA:**

    _____ Guilty

    _____ Not Guilty

*(If you find the defendant guilty on Count 6, proceed to question 2 below. If you find the defendant is not guilty, proceed to the end of this form.)*

2. **Did RONALD YOEL MARTE CARMONA possess with intent to distribute or distribute forty (40) grams or more of a mixture or substance containing a detectable amount of Fentanyl or aid and abet that offense:**

    _____ Yes

    _____ No

**I certify that the foregoing is the unanimous verdict of the jury.**

**FOREPERSON:** _____

DATE: _____

CERTIFICATE OF SERVICE

      I hereby certify that this document will be filed via ECF and thereby served on counsel of record.

                                      */s/ Stephen Hassink*
                                      Stephen Hassink
                                      Assistant U.S. Attorney

Dated: July 7, 2022